IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DALE MARTIN, | No. CIV S-08-1578-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| McNUT, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 2).  28 U.S.C. § 1915(a)(2) specifically requires that a trust fund account statement submitted in support of a prisoner's application to proceed in forma pauperis to be certified.  The copy of plaintiff's prison trust account statement he submitted in support of his application is not a certified copy.  Plaintiff will be provided the opportunity to submit a *certified* copy of his prison trust account statement or the appropriate filing fee.  Plaintiff is warned that failure to comply with this order may result in the dismissal of this action.  See Local Rule 11-110.

/ / /

1       Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit within 30
2 days of the date of this order, a *certified* copy of his prison trust account statement, or the
3 appropriate filing fee.

5  DATED: July 23, 2008

                                                      **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE