IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN DALE MARTIN,** | Case No. 2:08-cv-1578 CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **McNUTT, ET AL.,** | |
| Defendants. | |

    Good cause appearing, Defendants' request for a ninety-one-day extension of time to file and serve their anticipated motion for summary judgment is granted.

    Defendants shall file and serve their motion for summary judgment no later than October 3, 2011.

**IT IS SO ORDERED.**

Date: 7/18/2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1